UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Monica Nicolaysen Dowhan, et al.,

                    Plaintiff(s),

v.                                                Case No. 2:19-cv-11923-BAF-APP
                                                      Hon. Bernard A. Friedman

Ford Motor Company,

                    Defendant(s),

_____/

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge Anthony P. Patti for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

        Motion to Seal – #42
        Motion to Compel – #44

                                                    s/Bernard A. Friedman
                                                  Bernard A. Friedman
                                                  United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                    s/J. Curry-Williams
                                                  Case Manager

Dated: July 8, 2021