UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA NICOLAYSEN DOWHAN,
ERIK ELIASON, ANDREW KRESS,
MATHEWS V. JOHN, REMO MORRONE,
SUSAN QUICK, SUZANNE TWOMLEY, and
CHING PEI, individually and on behalf of
similarly situated LL5/LL6 employees,    Case No: 19-cv-11923

    Plaintiffs,    Hon. Bernard A. Friedman

v.    Mag. Judge Anthony P. Patti

FORD MOTOR COMPANY,
A Delaware Corporation,

    Defendant.

**RESPONSE TO MAGISTRATE JUDGE'S DOCKET TEXT ORDER
DATED JULY 12, 2021 CONCERNING CONFIDENTIAL DESIGNATION**

Defendant Ford Motor Company, through its undersigned counsel, withdraws the confidentiality designation on document control labeled FMC-DOWHAN-000040862 for purposes of its filing with the court.

        Respectfully submitted,

        KIENBAUM HARDY VIVIANO
         PELTON & FORREST, P.L.C.

        By: /s/*Eric J. Pelton*
           Elizabeth P. Hardy (P37426)
           Thomas G. Kienbaum (P15945)
           Thomas J. Davis (P78626)
           Julia Turner Baumhart (P49173)
           Eric J. Pelton (P40635)
           William B. Forrest III (P60311)
        Attorneys for Defendant
        280 N. Old Woodward Ave., Ste. 400
        Birmingham, MI 48009
        (248) 645-0000
        ehardy@khvpf.com
        tkienbaum@khvpf.com
        tdavis@khvpf.com
        jbaumhart@khvpf.com
        epelton@khvpf.com
        wforrest@khvpf.com

Dated: July 20, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2021, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to upon all ECF participants.

/s/ *Eric J. Pelton*
Eric J. Pelton (P40635)
Kienbaum Hardy Viviano
Pelton & Forrest, P.L.C.
280 N. Old Woodward Ave., Ste. 400
Birmingham, MI 48009
(248) 645-0000
epelton@khvpf.com

420640