UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MONICA NICOLAYSEN DOWHAN,
ERIK ELIASON, ANDREW KRESS,
MATHEWS V. JOHN, REMO MORRONE,
SUSAN QUICK, SUZANNE TWOMLEY,
and CHING PEI,

 Plaintiffs,

v.

FORD MOTOR COMPANY,
A Delaware Corporation,

 Defendant.

Case No: 19-cv-11923

Hon. Bernard A. Friedman

Magistrate Judge Anthony P. Patti

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

WHEREAS the parties, through their respective attorneys, stipulate and agree to the dismissal of Plaintiffs' action in its entirety with prejudice and without an award of costs or attorneys' fees to any party;

IT IS HEREBY ORDERED that this case is dismissed in its entirety with prejudice and without an award of costs or attorneys' fees to any party.

IT IS SO ORDERED.

Dated: February 1, 2022
   Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge

Stipulated and agreed:

| | |
|---|---|
| Pitt, McGehee, Palmer,<br>Bonanni & Rivers PC<br><br>By: /s/*Kevin M. Carlson with consent*<br>    Michael L. Pitt (P24429)<br>    Beth M. Rivers (P33614)<br>    Megan A. Bonanni (P52079)<br>    Kevin M. Carlson (P67704)<br>*Attorneys for Plaintiffs*<br>117 West Fourth Street, Suite 200<br>Royal Oak, MI  48067<br>(248) 398-9800<br>mpitt@pittlawpc.com<br>brivers@pittlawpc.com<br>mbonanni@pittlawpc.com<br>kcarlson@pittlawpc.com<br><br>Dated:  January 24, 2022 | Kienbaum Hardy Viviano<br>Pelton & Forrest, P.L.C.<br><br>By  /s/*Eric J. Pelton*<br>    Elizabeth Hardy (P37426)<br>    Eric J. Pelton (P40635)<br>    Julia Turner Baumhart (P49173)<br>*Attorneys for Defendant*<br>280 N. Old Woodward Ave.<br>Suite 400<br>Birmingham, MI  48009<br>(248) 645-0000<br>ehardy@khvpf.com<br>epelton@khvpf.com<br>jbaumhart@khvpf.com<br><br>Dated:  January 24, 2022<br><br>Katherine V.A. Smith<br>Gibson Dunn & Crutcher LLP<br>*Attorneys for Defendant*<br>333 S. Grand Ave.<br>Los Angeles, CA 90071-3197<br>(213) 229-7000<br>ksmith@gibsondunn.com |

Karl G. Nelson
Gibson Dunn & Crutcher LLP
*Attorneys for Defendant*
2100 McKinney Ave., Ste. 1100
Dallas, TX 75201-6912
(214) 698-3100
knelson@gibsondunn.com

Jesenka Mrdjenovic
Gibson Dunn & Crutcher LLP
*Attorneys for Defendant*
1050 Connecticut Ave. N.W.
Washington, D.C. 20035
(202) 887-3660
jmrdjenovic@gibsondunn.com

434848